IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Carlotta Redish, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 7:13-59-TMC-KFM |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Cherokee County School District and | ) | |
| Superintendent Quincie L. Moore, in | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed this action alleging claims of employment discrimination and breach of contract (ECF No. 1), and, thereafter, filed a Motion to Amend (ECF No. 6). The Defendant timely filed a Response thereto and a Motion to Dismiss claims against Defendant, Quincie Moore, Superintendent.[1] (ECF No. 23.) United States Magistrate Judge Kevin F. McDonald filed a Report and Recommendation recommending the Motion to Dismiss be granted, and the Plaintiff's Motion to Amend be dismissed as moot.[2]

Neither party has filed objections to the Report and Recommendation, and the time to do so has elapsed. In the absence of objections to the Magistrate Judge's Report, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in

---

[1]The exact dates of the filings present an interesting procedural question. However, the court agrees with the Magistrate Judge's approach and decides both motions on their merits.

[2] In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(d), D.S.C., this matter was referred to a Magistrate Judge.

the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation (ECF No. 25). It is therefore **ORDERED** that the Defendant's Motion to Dismiss claims against Defendant, Superintendent Quincie L. Moore (ECF No. 23) is **GRANTED**, and the Plaintiff's Motion to Amend (ECF No. 6) is **DENIED** as moot.

**IT IS SO ORDERED.**

                                      s/Timothy M. Cain
                                      United States District Judge

Anderson, South Carolina

May 2, 2013

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.